## DILLARD v. DILLARD.

ATKINSON, Justice. On conflicting evidence the court did not err in granting temporary alimony and attorney's fees, the evidence being sufficient to support the judgment.

*Judgment affirmed. All the Justices concur.*

No. 11256. JULY 2, 1936.

*C. L. Cowart* and *J. V. Kelley,* for plaintiff in error.
*H. H. Elders,* contra.